# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(110)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
          Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellee.

_____/

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of amicus curiae Multistate Tax Commission in this case: Sheldon H. Laskin and Shirley K. Sicilian.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk